[No. 22699-9-III.   Division Three.   January 11, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT BUSTMANTE GONZALEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 03-1-00617-6, Evan E. Sperline, J., entered January 5, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Kurtz and Brown, JJ.

[No. 22346-9-III.   Division Three.   January 13, 2005.]

*In the Matter of the Marriage of* HELEN J. GRISWOLD, *Respondent*, and MICHAEL T. GRISWOLD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-3-00246-4, Paul A. Bastine, J., entered July 30, 2003. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Schultheis and Brown, JJ.

[No. 22513-5-III.   Division Three.   January 13, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN REID SHELTON, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 03-1-00281-7, Donald W. Schacht, J., entered November 3, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Schultheis, J.

[No. 39617-0-I.   Division One.   January 18, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID S. GASPAR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-03895-1, Larry A. Jordan, J., entered September 30, 1996. *Remanded* by unpublished opinion per Baker, J., concurred in by Ellington, A.C.J., and Grosse, J.